IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ISAAC A. LEYBA,

    Plaintiff,

vs.                                                                     Civ. No. 01-1323 JP/WWD
                                                                             Cons. w/01-1426

STATE OF NEW MEXICO, DEPARTMENT OF
HEALTH, LAS VEGAS MEDICAL CENTER, et al.,

    Defendants.

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court *sua sponte*. Since these cases have been consolidated, there are presently two Initial Pretrial Reports, only one of which has been entered in Civil No. 01-1323 JP/WWD. So as to avoid possible confusion, I will instruct counsel that the Initial Pretrial Report entered in Civil No. 01-1323 JP/WWD shall set the schedule to be followed in this lawsuit.

This cause shall proceed in accordance with the foregoing.

**IT IS SO ORDERED**.

                                                                             _____
                                                                             UNITED STATES MAGISTRATE JUDGE